In absence of statement of facts, sufficiency of evidence must be presumed on appeal.

Appeal from District Court, Bowie County; Hugh Carney, Judge.

L. O. Steed was convicted of forgery, and he appeals.  Affirmed.

Spivey & Williams, of Texarkana, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J.   The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years.

No statement of facts accompanies the record.   There are four bills of exceptions.   In one complaint is made of the failure to instruct the jury that the evidence was insufficient to sustain the conviction.   The others relate to the introduction of the evidence.

In the absence of a statement of facts, the sufficiency of the evidence must be presumed. Nothing appears in the bills of exceptions which enables us to determine, in the absence of the facts, that error was committed in any of the rulings of which complaint is made.

The judgment is affirmed.

---

Ex parte GURLEY.   (No. 10245.)

(Court of Criminal Appeals of Texas.   May 12, 1926.   Original Opinion Withdrawn and Appeal Dismissed June 23, 1926.)

Criminal law ⬥1131(5), 1191—Judgment discharging defendant from custody will be withdrawn and appeal dismissed, where he escapes pending hearing of state's motion for rehearing.

Where defendant escapes pending hearing of state's motion for rehearing before issuance of mandate to discharge him and is still at large, judgment discharging him will be withdrawn and appeal dismissed.

Appeal from District Court, Bowie County; R. J. Williams, Judge.

Application by A. J. Gurley for writ of habeas corpus.   From judgment remanding applicant to custody, he appeals.   Appeal dismissed on motion for rehearing.

Sid Crumpton and L. C. Boswell, both of Texarkana, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J.   This court handed down its original opinion herein on May 12, 1926, at which time appellant was in the custody of the proper officers of Bowie county, Tex. Within 15 days after our opinion was handed down, the state had duly filed its motion for rehearing herein, as it was authorized by law to do.   No mandate of this court had been issued to the court below directing a discharge of the appellant.   The case was and is still pending on the dockets of this

court. We are informed by proper affidavits by officials of Bowie county that pending the hearing of said motion of the state and final decision of the questions relative to appellant's right to be released from custody, he has made his escape from the officers and has not been recaptured, but is still at large.

The judgment heretofore rendered in this case is withdrawn, and the appeal will now be dismissed.